**Order entered May 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01456-CV

## IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-00553**

## ORDER

We **GRANT** the court reporter's May 11, 2016 motion for an extension of time to file the

reporter's record and extend the time to **JUNE 10, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE